IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRAETTA DELOACH,

      *Petitioner*,

v.

ROBERT SMITH, *et al.*,

      *Respondents*.

CIVIL ACTION
NO. 15-02338

## ORDER

**AND NOW**, this 7th day of March, 2016, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, after review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa (ECF No. 11) and no objections having been filed by Petitioner Braetta Deloach, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for Writ of *Habeas Corpus* is **DISMISSED** with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1